IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOYCE M. HANEY                                                                                  PLAINTIFF

V.                                                    CAUSE NO.: 1:19-CV-128-SA-DAS

CLAY COUNTY MEDICAL CORPORATION
d/b/a NMMC-WEST POINT, NORTH MISSISSIPPI
MEDICAL CENTER, INC. d/b/a NORTH MISSISSIPPI
MEDICAL CENTER – WEST POINT, and PAM WHITE           DEFENDANTS

AGREED ORDER OF DISMISSAL

The Parties have agreed to, and request, the dismissal *without prejudice* of all of Plaintiff Joyce Haney's claims against the Defendant identified as "North Mississippi Medical Center, Inc. d/b/a North Mississippi Medical Center-West Point" and its dismissal without prejudice from this lawsuit. As the Parties agree to this dismissal, it is hereby ORDERED that "North Mississippi Medical Center, Inc. d/b/a North Mississippi Medical Center-West Point" is terminated as a Defendant from this lawsuit and shall be removed from caption of this lawsuit. This Agreed Order of Dismissal does not impact Clay County Medical Corporation d/b/a NMMC-West Point's or Pam White's status as Defendants.

SO ORDERED, this the 30th day of October, 2019.

                                               /s/ Sharion Aycock
                                               UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ Ron L. Woodruff
Ron L. Woodruff, Esq.
*Attorney for Plaintiff*

/s/ Martin J. Regimbal
Martin J. Regimbal, Esq.
*Attorney for Defendants*