IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOYCE M. HANEY                                                                                              PLAINTIFF

V.                                        CIVIL ACTION NO.: 1:19-CV-128-SA-DAS

CLAY COUNTY MEDICAL CORPORATION
d/b/a NMMC-WEST POINT and PAM WHITE                          DEFENDANTS

AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed *with prejudice*, it is hereby ORDERED that this case be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 12th day of December, 2019.

                                                         /s/ Sharion Aycock
                                                         UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Ron L. Woodruff
RON L. WOODRUFF, ESQ.
*Attorney for Plaintiff*

/s/ Martin J. Regimbal
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*